George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff George DeMello*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| George DeMello,<br><br>       Plaintiff,<br>    v.<br><br>Equifax Information Services LLC;<br>Clarity Services, Inc. and Kia Finance<br>America,<br><br>       Defendants. | Case No.: 2:25-cv-00139<br><br>**Stipulation and Order Dismissing All Claims Between Plaintiff and Equifax Information Services LLC With Prejudice** |

- 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, George DeMello and Equifax Information Services LLC stipulate to dismiss all between Plaintiff and Equifax Information Services LLC with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 12, 2026.

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

<u>**ORDER**</u>

Before the Court is the Parties' Stipulation for Dismissal (ECF No. 27), which was filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Good cause being found, **IT IS HEREBY ORDERED** the Stipulation is **GRANTED**. Plaintiff's claims against Defendant Equifax Information Services LLC are **DISMISSED** with prejudice, with each party bearing their own costs, disbursements, and fees.

Seeing that all pending claims in this case have now been resolved, the Clerk of Court is kindly instructed to enter judgment and close this case.

**DATED**: May 13, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

- 2 -